■ MARION LEUDEMANN, et al., Respondents, v PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY et al., Defendants and Third-Party Plaintiffs-Appellants. DOUGLAS A. QUINN et al., Third-Party Defendants-Respondents. (And Another Action.)—Order of the Supreme Court, Suffolk County, entered May 18, 1979, affirmed insofar as appealed from, with $50 costs and disbursements to plaintiffs-respondents, on the opinion of Mr. Justice Gowan at Special Term. Rabin, J. P., Cohalan, Margett and Gibbons, JJ., concur.